# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 24-1135**  **September Term, 2023**

EPA-89FR42932

**Filed On:** July 17, 2024

Denka Performance Elastomer LLC,

    Petitioner

    v.

Environmental Protection Agency and
Michael Regan, Administrator, United States
Environmental Protection Agency,

    Respondents

------------------------------

Air Alliance Houston, et al.,
    Intervenors

------------------------------

Consolidated with 24-1228, 24-1246,
24-1249, 24-1250, 24-1251, 24-1252

**BEFORE:** Srinivasan, Chief Judge, and Henderson, Millett, Pillard, Wilkins, Katsas, Rao, Walker, Childs, Pan, and Garcia, Circuit Judges

## O R D E R

Upon consideration of the petition for reconsideration en banc of the court's June 26, 2024 order denying petitioner's motion for a stay, it is

**ORDERED** that the petition for reconsideration en banc be denied.

### Per Curiam

                     **FOR THE COURT:**
                     Mark J. Langer, Clerk

           BY:    /s/
                     Selena R. Gancasz
                     Deputy Clerk